1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Criminal, Division Chief

4  ANDREW M. SCOBLE (CABN 124940)
   RAVI T. NARAYAN (IABN AT0011948)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7249/7369
       Fax: (415) 436-7234
8      Email: andrew.scoble@usdoj.gov
       Email: ravi.narayan@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0280 RS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM MARCH 13, 2020 THROUGH MAY 12, 2020 AND ORDER |
| v. | |
| ROGELIO BELLOSO ALEMAN, et al., | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for all defendants that time be excluded under the Speedy Trial Act from March 13, 2020 through May 12, 2020, and that the status hearing currently scheduled for April 21, 2020, be continued to May 12, 2020, at 10:00 a.m.

The superseding indictment in this matter, unsealed on March 12, 2020, charges seventeen defendants with various offenses related to racketeering. Initial appearances and attorney appointments began on March 13, 2020, and continued through the following week. The government has begun producing discovery. Furthermore, the government and defense counsel have begun making arrangements for the appointment of a discovery coordinator to facilitate more voluminous productions.

The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel may prepare, including by reviewing discovery and making arrangements to consult with their clients. For this reason and as further stated on the record during magistrate court appearances, the parties stipulate and agree that excluding time until May 12, 2020, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 13, 2020 through May 12, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

At the first set of appearances on March 13, 2020, this matter was set for a status conference before the district court on April 21, 2020, at 10:00 a.m. Since that time, the Court issued General Orders 72 and 73. Given the issues identified in those orders and their impact on a multi-defendant case such as this one, the parties agree that the status hearing date should be continued to May. Upon consultation with court staff and among counsel, the parties have settled on May 12, 2020, at 10:00 a.m. Accordingly, this stipulation and proposed order contemplate a continuance of the status hearing date from April 21, 2020 to May 12, 2020.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 27, 2020
/s/
ANDREW M. SCOBLE
RAVI T. NARAYAN
Assistant United States Attorneys

DATED: March 27, 2020
/s/
GEORGE BOISSEAU
Counsel for Rogelio Belloso Aleman

DATED: March 27, 2020
/s/
PETER ARIAN
Counsel for Edwin Alvarado Amaya

DATED: March 27, 2020
/s/
ERICK GUZMAN
Counsel for Fernando Romero Bonilla

| | | |
|---|---|---|
| 1 | DATED: March 27, 2020 | /s/ |
| 2 | | KENNETH WINE |
| | | Counsel for Kenneth Campos |
| 3 | DATED: March 27, 2020 | /s/ |
| 4 | | BRIAN BERSON |
| | | Counsel for Evert Galdamez Cisneros |
| 5 | DATED: March 27, 2020 | /s/ |
| 6 | | JEFFREY BORNSTEIN, CAROLINE JACKSON |
| | | Counsel for Luis Velis Diaz |
| 7 | DATED: March 27, 2020 | /s/ |
| 8 | | ALAN DRESSLER |
| | | Counsel for Ronaldy Dominguez |
| 9 | DATED: March 27, 2020 | /s/ |
| 10 | | SHAFFY MOEEL |
| | | Counsel for Oscar Espinal |
| 11 | DATED: March 27, 2020 | /s/ |
| 12 | | NAOMI CHUNG |
| | | Counsel for Wilfredo Iraheta Landaverde |
| 13 | DATED: March 27, 2020 | /s/ |
| 14 | | ROBERT WAGGENER |
| | | Counsel for Kevin Reyes Melendez |
| 15 | DATED: March 27, 2020 | /s/ |
| 16 | | K. ALEXANDRA MCCLURE |
| | | Counsel for Missael Mendoza |
| 17 | DATED: March 27, 2020 | /s/ |
| 18 | | JOANNA SHERIDAN |
| | | Counsel for Christian Quintanilla |
| 19 | DATED: March 27, 2020 | /s/ |
| 20 | | MARTIN SABELLI |
| | | Counsel for Elmer Rodriguez |
| 21 | DATED: March 27, 2020 | /s/ |
| 22 | | CHARLES WOODSON |
| | | Counsel for Marvin Osegueda Saravia |
| 23 | DATED: March 27, 2020 | /s/ |
| 24 | | MARK VERMEULEN |
| | | Counsel for Kevin Ramirez Valencia |
| 25 | DATED: March 27, 2020 | /s/ |
| 26 | | GREGOR GUY-SMITH |
| | | Counsel for Alexis Cruz Zepeda |
| 27 | DATED: March 27, 2020 | /s/ |
| 28 | | DENA YOUNG |
| | | Counsel for Kevin Guatemala Zepeda |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the facts set forth in the stipulation of the parties and for good cause shown, the |
| 3 | Court finds that failing to exclude the time from March 13, 2020 through May 12, 2020 would |
| 4 | unreasonably deny defense counsel and the defendant the reasonable time necessary for effective |
| 5 | preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The |
| 6 | Court further finds that the ends of justice served by excluding the time from March 13, 2020 through |
| 7 | May 12, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and |
| 8 | the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY |
| 9 | ORDERED that the time from March 13, 2020 through May 12, 2020 shall be excluded from |
| 10 | computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). |
| 11 | IT IS SO ORDERED. |

DATED: March 27, 2020

_____
RICHARD SEEBORG
United States District Judge