1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Criminal, Division Chief

4  ANDREW M. SCOBLE (CABN 124940)
   RAVI T. NARAYAN (IABN AT0011948)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7249/7369
       Fax: (415) 436-7234
8      Email:  andrew.scoble@usdoj.gov
       Email:  ravi.narayan@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,       )  NO. CR 19-0280 RS
                                    )
15 |       Plaintiff,                )  STIPULATION TO CONTINUE STATUS
                                    )  HEARING AND TO EXCLUDE TIME FROM
16 |   v.                            )  MAY 12, 2020 THROUGH JUNE 23, 2020 AND
                                    )  ORDER
17 | ROGELIO BELLOSO ALEMAN, et al., )
                                    )
18 |       Defendants.               )
                                    )
19

20       It is hereby stipulated by and between counsel for the United States and counsel for all

21 defendants that time be excluded under the Speedy Trial Act from May 12, 2020 through June 23, 2020,

22 and that the status hearing currently scheduled for May 12, 2020, be continued to June 23, 2020, at

23 10:00 a.m.

24       The superseding indictment in this matter, unsealed on March 12, 2020, charges seventeen

25 defendants with various offenses related to racketeering. Initial appearances and attorney appointments

26 began on March 13, 2020, and continued through the following week. The government has begun

27 producing discovery to all defendants. Defense counsel has secured the appointment of a discovery

28 coordinator to facilitate more voluminous productions. The government anticipates producing further

discovery, on a rolling basis, through the discovery coordinator.  The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel may prepare, including by reviewing discovery and making arrangements to consult with their clients.  For this reason and as further stated on the record during magistrate court appearances, the parties stipulate and agree that excluding time until June 23, 2020, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 12, 2020 through June 23, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

At the first set of appearances on March 13, 2020, this matter was set for a status conference before the district court on April 21, 2020, at 10:00 a.m.  Given the ongoing production of discovery and counsels need for time to review that material and consult with their clients, the parties agree that a further continuance is appropriate.  Upon consultation with court staff and among counsel, the parties have settled on June 23, 2020, at 10:00 a.m.  Accordingly, this stipulation and proposed order contemplate a continuance of the status hearing date from May 12, 2020, to June 23, 2020.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 5, 2020                               /s/                     
                                                 ANDREW M. SCOBLE
                                                 RAVI T. NARAYAN
                                                 Assistant United States Attorneys

DATED: May 5, 2020                               /s/                     
                                                 GEORGE BOISSEAU
                                                 Counsel for Rogelio Belloso Aleman

DATED: May 5, 2020                               /s/                     
                                                 PETER ARIAN
                                                 Counsel for Edwin Alvarado Amaya

DATED: May 5, 2020                               /s/                     
                                                 ERICK GUZMAN
                                                 Counsel for Fernando Romero Bonilla

| | | |
|---|---|---|
| 1 | DATED:  May 5, 2020 | _____/s/_____<br>KENNETH WINE |
| 2 | | Counsel for Kenneth Campos |
| 3 | DATED:  May 5, 2020 | _____/s/_____<br>BRIAN BERSON |
| 4 | | Counsel for Evert Galdamez Cisneros |
| 5 | DATED:  May 5, 2020 | _____/s/_____<br>JEFFREY BORNSTEIN, CAROLINE JACKSON |
| 6 | | Counsel for Luis Velis Diaz |
| 7 | DATED:  May 5, 2020 | _____/s/_____<br>ALAN DRESSLER |
| 8 | | Counsel for Ronaldy Dominguez |
| 9 | DATED:  May 5, 2020 | _____/s/_____<br>SHAFFY MOEEL |
| 10 | | Counsel for Oscar Espinal |
| 11 | DATED:  May 5, 2020 | _____/s/_____<br>NAOMI CHUNG |
| 12 | | Counsel for Wilfredo Iraheta Landaverde |
| 13 | DATED:  May 5, 2020 | _____/s/_____<br>ROBERT WAGGENER |
| 14 | | Counsel for Kevin Reyes Melendez |
| 15 | DATED:  May 5, 2020 | _____/s/_____<br>K. ALEXANDRA MCCLURE |
| 16 | | Counsel for Missael Mendoza |
| 17 | DATED:  May 5, 2020 | _____/s/_____<br>JOANNA SHERIDAN |
| 18 | | Counsel for Christian Quintanilla |
| 19 | DATED:  May 5, 2020 | _____/s/_____<br>MARTIN SABELLI |
| 20 | | Counsel for Elmer Rodriguez |
| 21 | DATED:  May 5, 2020 | _____/s/_____<br>CHARLES WOODSON |
| 22 | | Counsel for Marvin Osegueda Saravia |
| 23 | DATED:  May 5, 2020 | _____/s/_____<br>MARK VERMEULEN |
| 24 | | Counsel for Kevin Ramirez Valencia |
| 25 | DATED:  May 5, 2020 | _____/s/_____<br>GREGOR GUY-SMITH |
| 26 | | Counsel for Alexis Cruz Zepeda |
| 27 | DATED:  May 5, 2020 | _____/s/_____<br>DENA YOUNG |
| 28 | | Counsel for Kevin Guatemala Zepeda |

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 12, 2020 through June 23, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 12, 2020 through June 23, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 12, 2020 through June 23, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: May 8, 2020

_____
RICHARD SEEBORG
United States District Judge